IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 3:24-cv-00076 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| Tsevo, LLC and | § | |
| GambleID, LLC | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE TO THE HOUSTON DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION

Having considered Defendants Tsevo, LLC and GambleID, LLC's Unopposed Motion to Transfer Venue to the Houston Division of the United States District Court for the Southern District of Texas, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore, **ORDERED** that the claims asserted against Defendants Tsevo, LLC and GambleID, LLC by Plaintiff Autoscribe Corporation in the above-styled action are hereby **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

SIGNED in Galveston this _____ day of _____, 20_____.

_____
HON. JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

15523161