United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:24-cv-76 |
| TSEVO, LLC, *et al.*, | | |
| Defendants. | | |

## ORDER

Before the court is the defendants' unopposed motion to transfer venue to the Houston Division of the United States District Court for the Southern District of Texas. Dkt. 21. Having considered the evidence and arguments of counsel, the motion is hereby granted.

The court orders that the above-styled case be transferred to the Houston Division of the United States District Court for the Southern District of Texas.

Signed on Galveston Island this 20th day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE